UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYANN WATKINS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>Defendants. | Case No. CV 22-02167 WLH (RAO)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiffs' First Amended Complaint ("FAC"), Dkt. No. 41, Defendants' Motion for Judgment on the Pleadings, Dkt. No. 54, Plaintiffs' Opposition, Dkt. No. 60, the Fugro Defendants' Joinder in the Motion, Dkt. No. 64, Defendants' Reply, Dkt. No. 65, the Interim Report and Recommendation of United States Magistrate Judge ("Interim Report") dated January 4, 2024, Dkt. No. 105, and all other records and files herein. The time for filing objections to the Interim Report has passed and no objections have been received. Instead, Plaintiffs submitted a Second Amended Complaint ("SAC") on February 1, 2024. Dkt. No. 110. Defendants filed a Motion to Strike the SAC on February 20, 2024. Dkt. No. 114.

The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

Accordingly, **IT IS ORDERED** that:

(1) Defendants' Motion for Judgment on the Pleadings is granted with leave to amend; and

(2) The matter is referred back to the Magistrate Judge for further proceedings, including handling of Plaintiffs' Second Amended Complaint and Defendants' Motion to Strike.

DATED: February 28, 2024

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE