UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYANN WATKINS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>Defendants. | Case No. CV 2:22-02167 WLH (RAO)<br><br>ORDER ACCEPTING IN PART FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiffs' Second Amended Complaint ("SAC"), Dkt. No. 110, Defendants' Joint Motion to Dismiss, Dkt. No. 120, Plaintiffs' Opposition, Dkt. No. 140, Defendants' Reply, Dkt. No. 143, the Report and Recommendation of United States Magistrate Judge ("Report") dated November 14, 2024, Dkt. No. 150, Plaintiffs' Objections to the Report, Dkt. No. 155, and Defendants' Replies to Plaintiffs' Objections, Dkt. Nos. 156-157, and all other records and files herein.  The Court has engaged in a *de novo* review of those portions of the Report to which Plaintiffs have objected.  The Court is not persuaded by Plaintiffs' objections and overrules them.  The Court, however, finds it appropriate to give Plaintiffs leave to amend Plaintiffs' takings claim, and the corresponding

Bane Act claim, only. The Court therefore partially accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

Accordingly, IT IS ORDERED that:

(1) Defendants' Motion to Dismiss is GRANTED;

(2) Plaintiffs' Fifth Amendment takings claim against Defendants and corresponding Bane Act claim based on the takings claim are DISMISSED without prejudice;

(3) All other of Plaintiffs' claims against Defendants are DISMISSED with prejudice;

(4) Plaintiffs' claims against the unserved defendants are DISMISSED without prejudice;

(5) Plaintiffs' Motion for Summary Judgment (Docket No. 125) is DENIED as moot; and

(6) Plaintiffs' Motion for Extension of Time to Serve Certain Defendants (Docket No. 129) is DENIED as moot

(7) Should Plaintiff decide to amend their Fifth Amendment takings claim and/or their Bane Act claim premised on the takings claim, Plaintiffs must do so within 28 days of this Order.

DATED: 3/3/2025

WESLEY L. HSU
UNITED STATES DISTRICT JUDGE