UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYANN WATKINS, et al., | Case No. CV 2:22-02167 WLH (RAO) |
| Plaintiffs, | |
| v. | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| COUNTY OF LOS ANGELES, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiffs' Third Amended Complaint ("TAC"), Dkt. No. 167, Defendants County of Los Angeles (the "County"), Hassan Alameddine, Kathryn Barger, Hugo Acevedo, Mark Pestrella, Ruy Amezcua De Leon, Mostafa Kashe, Immanuel Chiang, Nick Duvally, Scott Abbott, Luci Mkhitaryan, Robert Tabares, Dawyn Renae Harrison, Adam Marcus, and Juan Madrigal's (collectively, "County Defendants") Motion to Strike Portions of Plaintiffs' TAC, Dkt. No. 184; County Defendants' and Defendants Tom Blake and Fugro USA Land, Inc.'s (collectively, "Fugro Defendants") Motions to Dismiss TAC, Dkt. Nos. 185, 187; Plaintiffs' Opposition to Defendants' Motions to Dismiss and County Defendants' Motion to Strike, Dkt. No. 233; County Defendants' Reply

in Support of Motion to Dismiss TAC and Motion to Strike, Dkt. No. 236; Plaintiffs' Motion for Partial Summary Judgment, Dkt. No. 240; the Report and Recommendation of United States Magistrate Judge ("Report") dated April 1, 2026, Dkt. No. 242; Plaintiffs' Objections to the Report, Dkt. No. 247; the Fugro Defendants' Concurrence and Limited Objections to the Report, Dkt. No. 248; County Defendants' Reply to Plaintiffs' Objections, Dkt. No. 250; and all other records and files herein.

The Court has engaged in a *de novo* review of Plaintiffs' objections and the Fugro Defendants' objections to the Report.  The Court is not persuaded by the objections and finds they lack merit.

Accordingly, the Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

Accordingly, IT IS ORDERED that:

(1)  The County Defendants' Motion to Strike, Dkt. No. 184, is GRANTED and any allegations and claims in the TAC that do not relate to Plaintiffs' Fifth Amendment takings claim and related Bane Act claim are STRICKEN;

(2)  The County Defendants and the Fugro Defendants' Motions to Dismiss, Dkt. Nos. 185, 187, are GRANTED and Plaintiffs' claims against the County Defendants and the Fugro Defendants are DISMISSED with prejudice;

(3)  Plaintiffs are DENIED leave to amend;

(4)  Plaintiffs' claims against the unserved defendants are DISMISSED without prejudice; and

///

///

///

///

2

(5)     Plaintiffs' Motion for Partial Summary Judgment, Dkt. No. 240, is DENIED as moot.

DATED: June 29, 2026

_____
WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

3