JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MARYANN WATKINS, et al., | Case No. CV 2:22-02167 WLH (RAO) |
|---|---|
| Plaintiffs, | |
| v. | JUDGMENT |
| COUNTY OF LOS ANGELES, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendation of United States Magistrate Judge,

IT IS HEREBY ORDERED AND ADJUDGED that the Third Amended Complaint is dismissed with prejudice and without leave to amend against the County Defendants and the Fugro Defendants, and Plaintiffs' claims against the unserved defendants are dismissed without prejudice.

DATED: June 29, 2026

_____
WESLEY L. HSU
UNITED STATES DISTRICT JUDGE